Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANAVIAN M. HUNTER,<br><br>Defendant. | NO.  CR19-00037JLR<br><br>ORDER ON MOTION TO CONTINUE TRIAL DATE |

THIS COURT FINDS, pursuant to 18 U.S.C. § 3161 (h)(7)(A), that the ends of justice will best be served by a continuance, and that they outweigh the best interests of the public and the defendant in a speedy trial and that the defendant has agreed to waive his Speedy Trial Act rights; and the facts of the motion are hereby incorporated.

THIS COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), that the failure to grant a continuance would result in a miscarriage of justice and would deny counsel for the defendant the reasonable time necessary for effective preparation and negotiation considering the exercise of due diligence,

IT IS HEREBY ORDERED that the trial in this matter will be continued from May 6, 2019, until __21 October 2019__, and the period of delay from May 6, 2019, to __15 November 2019__ is excluded in computing the time within which the

ORDER ON DEFENDANT'S MOTION TO CONTINUE TRIAL DATE
Page - 1

THOMAS D. COE
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816

trial must commence, pursuant to 18 U.S.C. § 3161 (h)(7)(A). The pretrial motions deadline is extended to __19 September 2019__.

DONE this __14th__ day of __March__, 2019.

*[signature]*

The Honorable James L. Robart
United State District Court Judge

Presented by:

/s/ Thomas D. Coe
By: _____
THOMAS D. COE WSB #23689
Email: tomdcoe@gmail.com
Attorney for Defendant

ORDER ON DEFENDANT'S MOTION TO CONTINUE TRIAL DATE
Page - 2

THOMAS D. COE
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816