Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANAVIAN HUNTER, <br><br> Defendant. | No. CR19-0037RAJ <br><br> ORDER DENYING MOTION TO CONTINUE TRIAL DATE AND GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

THE COURT has considered Defendant's Unopposed Motion to Continue Trial Date and Pretrial Motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would not deny counsel for defendant the reasonable time necessary for effective preparation;

(b) a failure to grant such a continuance in this proceeding would not likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is not a reasonable period of delay, as the Court has already granted two previous requests for additional time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

(d) the ends of justice are best served by a speedy trial and by not granting a third continuance; and

(e) the additional time requested between the current trial date of March 2, 2020, and the requested new trial date is unnecessary to provide counsel the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion to Continue the Trial Date (Dkt. #27) is DENIED. Trial shall commence as scheduled on March 2, 2020. Given defense counsel's current absence from the country, the Court extends the deadline for filing all pretrial motions, including motions *in limine*, to February 6, 2020.

DATED this 22nd day of January, 2020.

The Honorable Richard A. Jones
United States District Judge