Hon. Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANAVIAN HUNTER,<br><br>Defendant. | Case No. 2:19-cr-00037-RAJ<br><br>ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL |

Based on attorney Celia Howes' *Ex Parte* Motion to Withdraw and for Substitution of Counsel and the Declaration of Counsel in Support,

IT IS HEREBY ORDERED that Celia Howes is allowed to withdraw from this matter and substitute court-appointed counsel shall be appointed for defendant Danavian Hunter.

DATED: 1/31/2020

_____
The Honorable Richard A. Jones
U.S. District Court Judge

PRESENTED BY:
Celia Howes, OSB #033450
Of Attorneys for Defendant

Page 1 – ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL

HOEVET OLSON HOWES, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1740
PORTLAND, OREGON 97205
(503) 228-0497