JUDGE Richard A. Jones

UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>    Plaintiff,<br><br>    v.<br><br>DANAVIAN HUNTER,<br><br>    Defendant. | NO. 2:19- cr-00037-RAJ<br><br>ORDER GRANTING MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL |

Based on attorney Daniel Norman's Motion to Withdraw and for Substitution of Counsel and the *Ex Parte* Declaration of Counsel in Support, and for the reasons set forth on the record during a hearing conducted on this date,

IT IS HEREBY ORDERED that the Motion is GRANTED and Daniel Norman is allowed to withdraw from this matter upon appointment of successor counsel for Defendant Danavian Hunter.

DATED: December 18, 2020

*Richard A. Jones*
The Honorable Richard A. Jones
U.S. District Court Judge