The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-37 RAJ |
| Plaintiff, | ORDER CONTINUING TRIAL DATE |
| v. | |
| DANAVIAN HUNTER, | |
| Defendant. | |

Having considered the record, including the defendant's motion to discharge counsel, Dkt. 41, which this Court has granted, Dkt. 49, 50; the defendant's motion to continue trial, Dkt. 39; and the General Orders of the U.S. District Court for the Western District of Washington, including most recently 15-20, among others; and for the reasons stated on the record, the Court FINDS that the ends of justice served by granting a continuance of the trial outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that trial is scheduled for May 24, 2021, at 9:00 a.m. All pretrial motions, including motions in limine, shall be filed no later than April 15, 2021. A status hearing is SCHEDULED for January 22, 2021, at 3:00 p.m.

IT IS FURTHER ORDERED that the time between the date of the filing of the defendant's motions and the trial date of May 24, 2021, is excluded in computing the time within which trial must commence because the ends of justice served by granting this

1  continuance outweigh the best interest of the public and the defendant in a speedy trial. 18
2  U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible
3  and result in a miscarriage of justice, would deny the defendant reasonable time to obtain
4  new counsel, and would deny counsel for the defendant and government counsel the
5  reasonable time necessary for effective preparation, taking into account the exercise of due
6  diligence. *Id.* § (h)(7)(B)(i), (iv).

      DATED this 22nd day of December, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge