THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-037-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |
| DANAVIAN HUNTER, | |
| Defendant. | |

THIS MATTER has come before the Court on Defendant's motion to modify conditions of supervised release.  The Court has reviewed the motion, the Government's response in non-opposition, and the records in this case and finds there are compelling and sufficient reasons to grant the motion to modify the conditions of supervised release.

IT IS HEREBY ORDERED that Defendant's Motion to Modify Conditions of Supervised Release (Dkt. #78) suspending the condition of drug testing is GRANTED.

DATED this 29th day of October, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1

GEISNESS LAW FIRM
PO Box 11785
Bainbridge Island, WA 98110
(206) 455 - 4689