The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANAVIAN HUNTER, <br><br> Defendant. | No. CR19-037-RAJ <br><br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

1. Approximately $18,690 of the $34,690 in U.S. currency that was seized from Defendant on or about June 6, 2018, from a residence in Federal Way, Washington

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

1. In the Plea Agreement that Defendant Hunter entered on July 7, 2021, he agreed to forfeit his interest in the above-identified property as proceeds from the Illegal Use of a Communication Facility, in violation of 21 U.S.C. § 843(b), to which he entered a guilty plea (Dkt. No. 62, ¶ 7);

FINAL ORDER OF FORFEITURE - 1
*United States v. Hunter,* CR19-037-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. On July 28, 2021, the Court entered a Preliminary Order of Forfeiture, finding the above-identified property forfeitable pursuant to 21 U.S.C. § 853(a) and forfeiting the Defendant's interest in it (Dkt. No. 68);

3. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 69), and also provided direct notice to one potential claimant, as required by Fed. R. Crim. P. 32.2(b)(6)(A) and Supp. Rule G(4)(b) (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibit A; and,

4. The time for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the property in accordance with the law.

DATED this 15th day of December, 2021.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 2
United States v. Hunter, CR19-037-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970